IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TERRENCE BROWNLEE,** | 2:10-cv-00925-LKK-KJM |
| Petitioner, | **ORDER** |
| v. | |
| **TOM FEILKEN,** | |
| Respondent. | |

**FOR GOOD CAUSE SHOWN**, Respondent is granted permission to withdraw his June 21, 2010 motion to dismiss (Docket No. 33) and granted until July 12, 2010 to file an amended response to petitioner's application for writ of habeas corpus.  (Docket No. 34.)  The motion to dismiss filed on July 12, 2010, is deemed timely.

DATED:  July 14, 2010.

                                        U.S. MAGISTRATE JUDGE