IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BROWNLEE, | No. CIV S-09-2521-LKK-CMK-P |
| Petitioner, | |
| vs. | |
| MIKE McDONALD, | |
| Respondent. | |
| _____/ | |
| TERRENCE BROWNLEE, | No. CIV S-10-0925-LKK-KJM-P |
| Petitioner, | |
| vs. | |
| TOM FEILKEN, | |
| Respondent. | |
| _____/ | |

Examination of the above-entitled actions reveals that these cases are related within the meaning of Eastern District of California Local Rule 123(a). The court finds that assignment of the matters to the same district judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

1         The parties should be aware that relating the cases merely has the result that the actions are assigned to the same judges. No consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the District Judge and Magistrate Judge to whom the first filed action was assigned.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    The action denominated as Case No. CIV S-09-2521-LKK-CMK-P is reassigned to United States Magistrate Judge Kimberly J. Mueller for all further proceedings;

        2.    Henceforth, the caption on documents filed in the reassigned case shall be shown as No. CIV S-09-2521-LKK-KJM-P; and

        3.    The Clerk of the Court is directed to make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: September 27, 2010

        /s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE